**United States District Court**
**For the Northern District of California**

FILED
2010 JAN 29 P 2: 10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

No. C CV 10 80021 MISC

Steven James Rodriguez - #162213

_____/

## ORDER TO SHOW CAUSE

It appearing that Steven James Rodriguez has been disbarred by the Supreme Court of California effective 12/10/09,

**IT IS ORDERED**

That respondent show cause in writing on or before March 7, 2010 as to why he should not be removed from the roll of attorneys authorized to practice before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Steven James Rodriguez
Attorney At Law
2544 Cobblecreek Ct
Thousand Oaks, CA 91362