**FILED**

MAR 22 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                        No CV 10 80021 MISC VRW

Steven James Rodriguez,
                                         ORDER
    State Bar No 162213

_____/

     On January 29, 2010, the court issued an order to show cause (OSC) why Steven James Rodriguez should not be removed from the roll of attorneys authorized to practice law before this court, based upon his disbarment by the Supreme Court of California, effective December 10, 2009.

     The OSC was mailed to Mr Rodriguez's address of record with the State Bar on February 3, 2010. A written response was due on or before March 7, 2010. No response to the OSC has been filed as of this date.

     The court now orders Steven James Rodriguez removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

     IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Steven James Rodriguez,

_____/

Case Number: CV10-80021 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven James Rodriguez
2544 Cobblecreek Ct
Thousand Oaks , CA 91362

Dated: March 22, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*